GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | CASE NO. 3:21-CV-05502-EMC <br><br> **JOINT STIPULATION AND PROPOSED ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS** <br><br> Complaint Filed: July 16, 2021 |

Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant to Civil L.R. 6-2, stipulate and respectfully request that the Court approve the following briefing and hearing schedule on Defendant's forthcoming Motion to Dismiss Plaintiffs' Complaint.

WHEREAS, Plaintiffs filed their complaint in this action on July 16, 2021 (ECF No. 1);

WHEREAS, Defendant filed a Stipulation to Extend City and County of San Francisco's Time to Respond to Complaint to September 10, 2021 (ECF No. 11);

WHEREAS, Defendant intends to file a Motion to Dismiss Plaintiffs' Complaint on September 10, 2021;

WHEREAS, Plaintiffs' deadline to file an Opposition to Defendant's Motion to Dismiss would be September 24, 2021;

WHEREAS, Defendant's deadline to file a Reply in Support of its Motion to Dismiss would be October 1, 2021;

WHEREAS, the Parties have conferred regarding the briefing and hearing schedule for Defendant's Motion to Dismiss;

WHEREAS, the Parties have agreed that Plaintiffs' Opposition to Defendant's Motion to Dismiss will be due on October 4, 2021;

WHEREAS, the Parties have agreed that Defendant's Reply in Support of its Motion to Dismiss will be due on October 21, 2021;

WHEREAS, the Hearing on Defendant's Motion to Dismiss will be scheduled for November 4, 2021, or another date that is convenient for the Court;

WHEREAS, the requested relief will not prejudice any party or cause delay.

//

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss will be due on October 4, 2021;

2. Defendant's Reply in Support of its Motion to Dismiss will be due on October 21, 2021; and

3. The hearing on Defendant's Motion to Dismiss will be November 4, 2021.

Dated: September 10, 2021

                                          DENNIS J. HERRERA
                                          City Attorney
                                          WAYNE K. SNODGRASS
                                          JEREMY M. GOLDMAN
                                          Deputy City Attorneys

                                          By: /s/*Jeremy M. Goldman*

                                          Jeremy M. Goldman
                                          Attorneys for Defendant
                                          CITY AND COUNTY OF SAN FRANCISCO

Dated: September 10, 2021

                                          GIBSON, DUNN & CRUTCHER LLP

                                          By: /s/*Joshua S. Lipshutz*

                                          Joshua S. Lipshutz
                                          Michael Holecek
                                          Attorneys for Plaintiffs
                                          DOORDASH, INC. and GRUBHUB INC.

## **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: September 10, 2021

                                          /s/ *Joshua S. Lipshutz*

**Proposed Order**

Pursuant to the Parties' Stipulation:

1.  Plaintiff's Opposition to Defendants' Motion to Dismiss will be due on October 4, 2021;

2.  Defendant's Reply in Support of its Motion to Dismiss will be due on October 21, 2021, and

3.  The hearing on Defendant's Motion to Dismiss will be November 4, 2021.

**IT IS SO ORDERED**.

DATED:  September ___, 2021

                                                                                        _____
                                                                                        Judge Edward M. Chen
                                                                                        United States District Judge