DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:   (415) 554-6762
Facsimile:   (415) 554-4699
E-Mail:      jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 4:21-cv-05502 EMC <br><br> **DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S NOTICE OF WITHDRAWAL OF ITS MOTION TO DISMISS THE ORIGINAL COMPLAINT BASED ON FILING OF FIRST AMENDED COMPLAINT** <br><br> Hearing Date:  November 4, 2021 <br> Time:          1:30 p.m. <br> Place:         Courtroom 5 |

1      PLEASE TAKE NOTICE THAT, in light of Plaintiffs' filing of a First Amended Complaint, ECF#25, Defendant City and County of San Francisco hereby withdraws its motion to dismiss, ECF#20, which was directed at the original Complaint.  Defendant reserves its right to move to dismiss the First Amended Complaint.

Dated:  October 4, 2021

                                       DENNIS J. HERRERA
                                       City Attorney
                                     WAYNE K. SNODGRASS
                                     JEREMY M. GOLDMAN
                                     Deputy City Attorneys

                               By: /s/*Jeremy M. Goldman*
                                   JEREMY M. GOLDMAN

                                   Attorneys for Defendant
                                   CITY AND COUNTY OF SAN FRANCISCO