DENNIS J. HERRERA, State Bar #139669
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:    (415) 554-6762
Facsimile:    (415) 554-4699
E-Mail:       jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:21-cv-05502 EMC <br><br> **STIPULATION AND [PROPOSED] ORDER RE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant to Civil L.R. 6-2, stipulate and respectfully request that the Court approve the following briefing and hearing schedule on Defendant's forthcoming motion to dismiss the First Amended Complaint ("FAC"), and continue the Case Management Conference currently scheduled for November 16, 2021.

WHEREAS, Plaintiffs filed their complaint in this action on July 16, 2021 (ECF No. 1);

WHEREAS, on August 17, 2021, this Court entered an order setting a Case Management Conference for November 16, 2021 at 1:30 p.m. (ECF No. 17);

WHEREAS, Plaintiffs and Defendant stipulated to extend Defendant's time to respond to the complaint to September 10, 2021 (ECF No. 11);

WHEREAS, the Court approved the Parties' stipulated briefing schedule on the motion to dismiss (ECF No. 24);

WHEREAS, Defendant filed a motion to dismiss the complaint on September 10, 2021 (ECF No. 20);

WHEREAS, in lieu of an opposition to the motion to dismiss, Plaintiffs filed the FAC on October 1, 2021 (ECF No. 25);

WHEREAS, Defendant's response to the FAC is due on October 15, 2021;

WHEREAS, the Parties have conferred regarding a briefing schedule on Defendants' forthcoming motion to dismiss the FAC and have agreed upon the schedule set forth below;

WHEREAS, the Parties have agreed to notice the hearing for December 9, 2021 or another date that is convenient for the Court;

WHEREAS, the Parties believe that it is in the interests of judicial economy to continue the Case Management Conference to a date after the Court has had an opportunity to rule on the motion to dismiss;

WHEREAS, the requested relief will not prejudice any party or cause undue delay;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. Defendant shall file its motion to dismiss on October 15, 2021;

2. Plaintiffs' Opposition to the motion to dismiss shall be due on November 5, 2021;

3. Defendant's Reply in support of the motion to dismiss shall be due on November 19, 2021;

4. The hearing on Defendant's motion to dismiss shall be set for December 9, 2021, at 1:30 p.m.

5. The Case Management Conference, currently scheduled for November 16, 2021, shall be continued to January 25, 2022, or such other date as is convenient for the Court.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

Dated:  October 15, 2021

        DENNIS J. HERRERA
        City Attorney


By:  /s/*Jeremy M. Goldman*
     JEREMY M. GOLDMAN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  October 15, 2021

        GIBSON, DUNN & CRUTCHER LLP

By:  /s/*Michael Holecek*
Joshua S. Lipshutz
Michael Holecek

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

## **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated:  October 15, 2021

     /s/ *Jeremy M. Goldman*
     JEREMY M. GOLDMAN

**[PROPOSED] ORDER**

Pursuant to the Parties' Stipulation:

1. Plaintiffs' Opposition to Defendants' Motion to Dismiss will be due on November 5, 2021.
2. Defendant's Reply in Support of its Motion to Dismiss will be due on November 19, 2021.
3. The hearing on Defendant's Motion to Dismiss will be December 9, 2021.
4. The Case Management Conference is continued to January 25, 2022 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: _____

_____
HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE