GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | CASE NO. 3:21-CV-05502-EMC <br><br> **JOINT STIPULATION AND PROPOSED ORDER CONTINUING HEARING ON DEFENDANT'S MOTION TO DISMISS FROM DECEMBER 9, 2021 TO DECEMBER 16, 2021** <br><br> Complaint Filed: July 16, 2021 <br> FAC Filed: Oct. 1, 2021 |

1    Plaintiffs DoorDash, Inc. and Grubhub Inc. and Defendant City and County of San Francisco, pursuant to Civil Local Rule 6-2, stipulate and respectfully request that the Court continue the hearing on Defendant's pending motion to dismiss Plaintiffs' first amended complaint ("FAC") from December 9, 2021 to December 16, 2021.

WHEREAS, Plaintiffs filed their complaint in this action on July 16, 2021 (ECF No. 1);

WHEREAS, Defendant filed a motion to dismiss on September 10, 2021 (ECF No. 20);

WHEREAS, on the same day Defendant filed its motion to dismiss, the Parties filed a stipulated briefing schedule on Defendant's motion, which this Court granted (ECF Nos. 19, 24);

WHEREAS, Plaintiffs filed their FAC on October 1, 2021 (ECF No. 25);

WHEREAS, Defendant filed a motion to dismiss the FAC on October 15, 2021 (ECF No. 28);

WHEREAS, on the same day Defendant filed its motion to dismiss the FAC, the Parties filed a stipulated briefing schedule on Defendant's motion, which this Court granted (ECF Nos. 27, 32);

WHEREAS, counsel for Plaintiffs is no longer available on December 9, 2021 due to an unavoidable and necessary medical appointment;

WHEREAS, the Parties have conferred regarding the hearing date for Defendant's motion to dismiss;

WHEREAS, the Parties have agreed that the hearing on Defendant's motion to dismiss should be continued to December 16, 2021 at 1:30 p.m., or another date that is convenient for the Court;

WHEREAS, other than the stipulated schedules discussed above, the Parties have not previously requested a continuance of any deadlines in this case;

WHEREAS, the requested relief will not prejudice any party or cause undue delay.

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned parties that the hearing on Defendant's motion to dismiss should be continued from December 9, 2021 to December 16, 2021 at 1:30 p.m. or another date that is convenient for the Court.

//
//
//
//

Dated: November 3, 2021

                                            DAVID CHIU
                                            City Attorney
                                            WAYNE K. SNODGRASS
                                            JEREMY M. GOLDMAN
                                            Deputy City Attorneys

                                            By: /s/ *Jeremy M. Goldman*

                                            Jeremy M. Goldman
                                            Attorneys for Defendant
                                            CITY AND COUNTY OF SAN FRANCISCO

Dated: November 3, 2021

                                            GIBSON, DUNN & CRUTCHER LLP

                                            By: /s/ *Joshua S. Lipshutz*

                                            Joshua S. Lipshutz
                                            Michael Holecek
                                            Attorneys for Plaintiffs
                                            DOORDASH, INC. and GRUBHUB INC.

## **ATTESTATION CLAUSE**

      Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: November 3, 2021

                                            /s/ *Joshua S. Lipshutz*

## **PROPOSED ORDER**

Pursuant to the Parties' Stipulation and good cause appearing, the hearing on Defendant's motion to dismiss is continued from December 9, 2021 to December 16, 2021 at 1:30 p.m.

**IT IS SO ORDERED**.

Dated: November ___, 2021

                                             _____
                                             Judge Edward M. Chen
                                             United States District Judge