AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| | | |
|---|---|---|
| DOORDASH, INC. and GRUBHUB, INC. *Plaintiff* | ) ) ) | |
| v. | ) | Case No. 3:21-cv-05502 |
| CITY AND COUNTY OF SAN FRANCISCO *Defendant* | ) ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Chamber of Commerce of the United States of America and California Chamber of Commerce.

Date: 11/11/2021

/s/ Justin P. Raphael
*Attorney's signature*

Justin P. Raphael 292380
*Printed name and bar number*

Munger, Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105
*Address*

Justin.Raphael@mto.com
*E-mail address*

(415) 512-4000
*Telephone number*

(415) 512-4077
*FAX number*