DAVID CHIU, State Bar #189542
City Attorney
WAYNE K. SNODGRASS, State Bar #148137
JEREMY M. GOLDMAN, State Bar #218888
Deputy City Attorneys
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6762
Facsimile:      (415) 554-4699
E-Mail:          jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>Defendant. | Case No. 3:21-cv-05502 EMC<br><br>**DEFENDANT CITY AND COUNTY OF SAN FRANCISCO'S STATEMENT OF NON-OPPOSITION TO MOTION FOR LEAVE TO FILE AMICUS BRIEF BY CHAMBER OF COMMERCE OF THE UNITED STATES AND CALIFORNIA CHAMBER OF COMMERCE**<br><br>Hearing Date:     December 16, 2021<br>Time:                  1:30 p.m.<br>Place:                 Courtroom 5, 17th Floor |

Pursuant to Civil Local Rule 7-3(b), Defendant City and County of San Francisco submits this statement of non-opposition in response to the motion by the Chamber of Commerce of the United States and the California Chamber of Commerce for leave to file an amicus brief in support of Plaintiffs.  ECF#38.  As stated in the Chambers' motion, the City does not oppose the filing of the brief should the Court wish to consider it in resolving the issues presented by the City's motion to dismiss the First Amended Complaint.  However, the City does not intend by its non-opposition to convey agreement that the brief is relevant to the issues to be decided.

Dated:  November 17, 2021

> DAVID CHIU
> City Attorney
> WAYNE K. SNODGRASS
> JEREMY M. GOLDMAN
> Deputy City Attorneys
>
>
> By: /s/*Jeremy M. Goldman*
> JEREMY M. GOLDMAN
>
> Attorneys for Defendant
> CITY AND COUNTY OF SAN FRANCISCO