1  GIBSON, DUNN & CRUTCHER LLP
   JOSHUA S. LIPSHUTZ, SBN 242557
2    jlipshutz@gibsondunn.com
   555 Mission Street, Suite 3000
3  San Francisco, CA 94105-0921
   Telephone:    415.393.8200
4  Facsimile:    415.393.8306

5  MICHAEL HOLECEK, SBN 281034
     mholecek@gibsondunn.com
6  333 South Grand Avenue
   Los Angeles, CA 90071-3197
7  Telephone:    213.229.7000
   Facsimile:    213.229.7520

8
   Attorneys for Plaintiffs
9  DOORDASH, INC. and GRUBHUB INC.

10

11              **IN THE UNITED STATES DISTRICT COURT**
             **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
12

13
   DOORDASH, INC. and GRUBHUB INC.,        CASE NO. 3:21-CV-05502-EMC
14
                 Plaintiffs,              **JOINT UPDATE RE PROPOSED**
15                                        **ORDINANCE TO AMEND SECTIONS 5301**
          v.                              **AND 5302 OF THE SAN FRANCISCO**
16                                        **POLICE CODE**
   CITY AND COUNTY OF SAN FRANCISCO,
17                                        Hearing Date: December 16, 2021
                 Defendant.               Hearing Time: 1:30 p.m.
18                                        Hearing Place: Courtroom 5 – 17th Floor
                                          Hon. Edward M. Chen
19
                                          Action Filed: July 16, 2021
20                                        FAC Filed: Oct. 1, 2021
21

22

23

24

25

26

27

28

In its reply in support of its motion to dismiss, the City wrote that "[o]n October 26, 2021, Supervisor Peskin introduced an amendment to raise the cap to 20% by permitting platforms to charge up to 15% for delivery services and an additional 5% for non-delivery services.  *See* File No. 211131,      https://sfgov.legistar.com/LegislationDetail.aspx?ID=5199186&GUID=346DF058-033B-4438-B414-18B5D9F2BF77."  Dkt. 49 at 4 n.1.

The parties jointly write to update the Court on the status of Supervisor Peskin's proposed legislation to amend Section 5301 and 5302 of the San Francisco Police Code, which is attached as Exhibit A.   The proposed ordinance has been referred to the Public Safety and Neighborhood Services Committee (the "Committee") for hearing, which must occur before it can return to the full Board of Supervisors for first and second readings.   In light of the Board's December recess, the Committee will not hear the proposed amendment before January 2022.

DATED:  December 14, 2021                    Respectfully submitted,

                                             GIBSON, DUNN & CRUTCHER LLP


                                             By: */s/       Joshua S. Lipshutz*
                                                        Joshua S. Lipshutz

                                             Attorneys for Plaintiffs
                                             DOORDASH, INC. and GRUBHUB INC.


                                             DAVID CHIU
                                             City Attorney
                                             WAYNE K. SNODGRASS
                                             JEREMY M. GOLDMAN
                                             Deputy City Attorneys

                                             By: */s/       Jeremy M. Goldman*
                                                        Jeremy M. Goldman

                                             Attorneys for Defendant
                                             CITY AND COUNTY OF SAN FRANCISCO

EXHIBIT A

FILE NO.  211131                                ORDINANCE NO.

1    [Police Code - Third-Party Food Delivery Services]

2

3    **Ordinance amending the Police Code to allow third-party food delivery services to**

4    **charge restaurants a delivery fee of up to 15% of an online order total and a non-**

5    **delivery fee of up to 5% of an online order total, provided the third-party food delivery**

6    **services do not make their agreement to provide delivery services contingent on**

7    **restaurants' agreement to pay for non-delivery services, and provided the delivery and**

8    **non-delivery fees are agreed to in separate contracts.**

9    NOTE:    **Unchanged Code text and uncodified text** are in plain Arial font.
         **Additions to Codes** are in _single-underline italics Times New Roman font_.
10        **Deletions to Codes** are in _strikethrough italics Times New Roman font_.
         **Board amendment additions** are in <u>double-underlined Arial font</u>.
11        **Board amendment deletions** are in ~~strikethrough Arial font~~.
         **Asterisks (*   *   *   *)** indicate the omission of unchanged Code
12        subsections or parts of tables.

13

14    Be it ordained by the People of the City and County of San Francisco:

15

16    Section 1.  Article 53 of the Police Code is hereby amended by revising Sections 5301

17    (with the defined terms that are added to that section sequenced alphabetically within the

18    section) and 5302, to read as follows:

19

20    **SEC. 5301. DEFINITIONS.**

21        *    *    *    *

22        _"Delivery fee" means a fee, commission, or charge per online order assessed by a third-party_

23    _food delivery service for the purpose of providing a covered establishment with a service that facilitates_

24    _and/or performs the delivery of food and/or beverages from such establishments to customers,_

25    _including listing a covered establishment on a third-party food delivery service platform. A delivery fee_

Supervisor Peskin
**BOARD OF SUPERVISORS**                                              Page 1

1     *does not include any other fee or costs that may be charged by a third-party food delivery service to a*

2     *covered establishment, such as fees for advertising or credit card processing.*

3         \*   \*   \*   \*

4         *"Non-delivery fee" means a fee, commission, or charge per online order assessed by a third-*

5     *party food delivery service to a covered establishment for a service to the covered establishment other*

6     *than facilitating or performing the delivery of food and/or beverages from such covered establishment*

7     *to customers and listing a covered establishment on a third-party food delivery service platform. Non-*

8     *delivery fees include but are not limited to fees for advertising the covered establishment on the third-*

9     *party food delivery service platform beyond a simple listing, business consulting service fees, and*

10     *credit card transaction fees.*

11         \*   \*   \*   \*

12     **SEC. 5302. CAP ON PER-ORDER FEES.**

13         (a)   No third-party food delivery service may charge a covered establishment a ~~fee,~~

14     ~~commission, or charge per online order~~*delivery fee* that ~~totals more than~~ *exceeds* 15% of the

15     purchase price of the online order.

16         (b)   No third-party food delivery service may charge a covered establishment a ~~fee,~~

17     ~~commission, or charge per online order~~*delivery fee* that exceeds 15% of the purchase price of

18     online orders to that covered establishment processed through the third-party food delivery

19     service during the time period covered by the fee, commission, or charge.

20         *(c)   Notwithstanding the limitations on a delivery fee set forth in subsections (a) and (b), above,*

21     *a third-party food delivery service may charge a covered establishment a non-delivery fee of not more*

22     *than 5% of the purchase price of an online order, provided the third party food delivery service does*

23     *not make its agreement to provide delivery services to a covered establishment contingent on that*

24     *establishment's agreement to pay a non-delivery fee and/or accept services covered by a non-delivery*

25

1   *fee, and provided the covered establishment agrees to the non-delivery fee in a contract separate from*

2   *the contract in which the covered establishment agrees to the delivery fee.*

3         *  *  *  *

4

5        Section 2.  Effective Date.  This ordinance shall become effective 30 days after

6   enactment.  Enactment occurs when the Mayor signs the ordinance, the Mayor returns the

7   ordinance unsigned or does not sign the ordinance within ten days of receiving it, or the Board

8   of Supervisors overrides the Mayor's veto of the ordinance.

9

10        Section 3.  Scope of Ordinance.  In enacting this ordinance, the Board of Supervisors

11   intends to amend only those words, phrases, paragraphs, subsections, sections, articles,

12   numbers, punctuation marks, charts, diagrams, or any other constituent parts of the Municipal

13   Code that are explicitly shown in this ordinance as additions, deletions, Board amendment

14   additions, and Board amendment deletions in accordance with the "Note" that appears under

15   the official title of the ordinance.

16   APPROVED AS TO FORM:
DENNIS J. HERRERA, City Attorney

17

18   By:   */S/ Sarah Crowley*

19          SARAH CROWLEY
Deputy City Attorney

20

21   n:\legana\as2021\2000108\01561827.docx

22

23

24

25

Supervisor Peskin
**BOARD OF SUPERVISORS**             Page 3