GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | CASE NO. 3:21-CV-05502-EMC <br><br> **JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Hon. Edward M. Chen <br><br> Action Filed: July 16, 2021 <br> FAC Filed: Oct. 1, 2021 |

Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant to Civil L.R. 16-2 (e), by and through respective counsel, hereby stipulate as follows:

WHEREAS, on October 15, 2021, Defendant filed a motion to dismiss the First Amended Complaint (ECF No. 28);

WHEREAS, on October 15, 2021, the Court scheduled a case management conference for February 8, 2022 (ECF Nos. 27, 32);

WHEREAS, on December 16, 2021, this Court held a hearing on Defendant's motion to dismiss and took the motion under submission (ECF No. 51);

WHEREAS, Plaintiffs and Defendant have met and conferred regarding the upcoming case management conference, currently scheduled for February 8, 2022, and believe it would save judicial and party resources to continue the case management conference until after the Court's ruling on the pending motion to dismiss;

NOW, THEREFORE, the parties hereby request that the Court continue the case management conference to March 29, 2022, or to such later date as will afford the Court sufficient time to issue a ruling on the motion to dismiss.[1]  Dates and deadlines tied to the case management conference shall also be extended accordingly.

Dated: January 25, 2022

        DAVID CHIU
        City Attorney
        WAYNE K. SNODGRASS
        JEREMY M. GOLDMAN
        Deputy City Attorneys

        By: /s/*Jeremy M. Goldman*

        Jeremy M. Goldman
        Attorneys for Defendant
        CITY AND COUNTY OF SAN FRANCISCO

Dated: January 25, 2022

        GIBSON, DUNN & CRUTCHER LLP

        By: /s/ *Joshua S. Lipshutz*

---

[1] Counsel for the City is not available on April 5, 2022.

Joshua S. Lipshutz  
Michael Holecek  
Attorneys for Plaintiffs  
DOORDASH, INC. and GRUBHUB INC.

## **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: January 25, 2022

            */s/ Joshua S. Lipshutz*

**Proposed Order**

**PURSUANT TO THE PARTIES' STIPULATION**:

The Rule 26(f) Initial Case Management Conference pursuant to L.R. 16.2(a) is continued to _____; and the related dates and deadlines shall also be extended accordingly.

**IT IS SO ORDERED**.

DATED:  January ___, 2022

> _____
> Judge Edward M. Chen
> United States District Judge