GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
   jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:    415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
   mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:    213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., Plaintiffs, v. CITY AND COUNTY OF SAN FRANCISCO, Defendant. | CASE NO. 3:21-CV-05502-EMC |

**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**

Hon. Edward M. Chen

Action Filed: July 16, 2021
FAC Filed: Oct. 1, 2021

Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant to Civil L.R. 16-2 (e), by and through respective counsel, hereby stipulate as follows:

WHEREAS, on October 15, 2021, Defendant filed a motion to dismiss the First Amended Complaint (ECF No. 28);

WHEREAS, on October 15, 2021, the Court scheduled a case management conference for February 8, 2022 (ECF Nos. 27, 32);

WHEREAS, on December 16, 2021, this Court held a hearing on Defendant's motion to dismiss and took the motion under submission (ECF No. 51);

WHEREAS, Plaintiffs and Defendant have met and conferred regarding the upcoming case management conference, currently scheduled for February 8, 2022, and believe it would save judicial and party resources to continue the case management conference until after the Court's ruling on the pending motion to dismiss;

NOW, THEREFORE, the parties hereby request that the Court continue the case management conference to March 29, 2022, or to such later date as will afford the Court sufficient time to issue a ruling on the motion to dismiss.[1]  Dates and deadlines tied to the case management conference shall also be extended accordingly.

Dated: January 25, 2022

DAVID CHIU
City Attorney
WAYNE K. SNODGRASS
JEREMY M. GOLDMAN
Deputy City Attorneys

By: /s/*Jeremy M. Goldman*

Jeremy M. Goldman
Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: January 25, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Joshua S. Lipshutz*

_____

[1] Counsel for the City is not available on April 5, 2022.

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:21-CV-05502-EMC

Gibson, Dunn &
Crutcher LLP

Joshua S. Lipshutz
Michael Holecek
Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

## **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: January 25, 2022

                                          */s/ Joshua S. Lipshutz*                

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:21-CV-05502-EMC

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**~~Proposed~~ Order**

**PURSUANT TO THE PARTIES' STIPULATION**:

The Rule 26(f) Initial Case Management Conference pursuant to L.R. 16.2(a) is continued to 4/12/2022, 1:30 p.m.; and the related dates and deadlines shall also be extended accordingly.

**IT IS SO ORDERED**.

DATED:  January  25, 2022

_____
Judge Edward M. Chen
United States District Judge

JOINT STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:21-CV-05502-EMC

Gibson, Dunn &
Crutcher LLP