GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
  jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:   415.393.8200
Facsimile:    415.393.8306

MICHAEL HOLECEK, SBN 281034
  mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone:   213.229.7000
Facsimile:    213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | CASE NO. 3:21-CV-05502-EMC <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** <br><br> Hon. Edward M. Chen <br><br> Action Filed: July 16, 2021 <br> FAC Filed: Oct. 1, 2021 |

1  Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant to Civil L.R. 16-2 (e), by and through respective counsel, hereby stipulate as follows:

WHEREAS, on October 15, 2021, Defendant filed a motion to dismiss the First Amended Complaint (ECF No. 28);

WHEREAS, on October 15, 2021, the Court scheduled a case management conference for February 8, 2022 (ECF Nos. 27, 32);

WHEREAS, on December 16, 2021, this Court held a hearing on Defendant's motion to dismiss and took the motion under submission (ECF No. 51);

WHEREAS, on January 25, 2022, the Court approved the parties' stipulation to continue the case management conference to April 12, 2022 (ECF No. 56);

WHEREAS, Plaintiffs and Defendant have met and conferred regarding the upcoming case management conference, currently scheduled for April 12, 2022, and believe it would save judicial and party resources to continue the case management conference until after the Court's ruling on the pending motion to dismiss;

NOW, THEREFORE, the parties hereby request that the Court continue the case management conference to May 24, 2022, or to such later date as will afford the Court sufficient time to issue a ruling on the motion to dismiss.  Dates and deadlines tied to the case management conference shall also be extended accordingly.

Dated: March 18, 2022

<pre>
                                        DAVID CHIU
                                        City Attorney
                                        WAYNE K. SNODGRASS
                                        JEREMY M. GOLDMAN
                                        Deputy City Attorneys

                                        By: /s/ Jeremy M. Goldman

                                        Jeremy M. Goldman
                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO
</pre>

Dated: March 18, 2022

GIBSON, DUNN & CRUTCHER LLP

By: /s/ *Joshua S. Lipshutz*

Joshua S. Lipshutz
Michael Holecek
Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

### **ATTESTATION CLAUSE**

Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated: March 18, 2022

*/s/ Joshua S. Lipshutz*

**Proposed Order**

**PURSUANT TO THE PARTIES' STIPULATION**:

The Rule 26(f) Initial Case Management Conference pursuant to L.R. 16.2(a) is continued to _____; and the related dates and deadlines shall also be extended accordingly.

**IT IS SO ORDERED**.

DATED:  March ___, 2022

_____
Judge Edward M. Chen
United States District Judge