1  GIBSON, DUNN & CRUTCHER LLP
   JOSHUA S. LIPSHUTZ, SBN 242557
2    jlipshutz@gibsondunn.com
   555 Mission Street, Suite 3000
3  San Francisco, CA 94105-0921
   Telephone:    415.393.8200
4  Facsimile:    415.393.8306

5

6  MICHAEL HOLECEK, SBN 281034
     mholecek@gibsondunn.com
7  333 South Grand Avenue
   Los Angeles, CA 90071-3197
   Telephone:    213.229.7000
8  Facsimile:    213.229.7520

9  Attorneys for Plaintiffs
   DOORDASH, INC. and GRUBHUB INC.
10

11

12              **IN THE UNITED STATES DISTRICT COURT**
                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
13

14

15  DOORDASH, INC. and GRUBHUB INC.,          CASE NO. 3:21-CV-05502-EMC

16                  Plaintiffs,                **STIPULATION AND [~~PROPOSED~~] ORDER
                                               TO CONTINUE CASE MANAGEMENT
17          v.                                 CONFERENCE**

18  CITY AND COUNTY OF SAN FRANCISCO,          Hon. Edward M. Chen

19                  Defendant.                 Action Filed: July 16, 2021
                                               FAC Filed: Oct. 1, 2021
20

21

22

23

24

25

26

27

28

1   Plaintiffs DoorDash and Grubhub and Defendant City and County of San Francisco, pursuant

2   to Civil L.R. 16-2 (e), by and through respective counsel, hereby stipulate as follows:

3   WHEREAS, on October 15, 2021, Defendant filed a motion to dismiss the First Amended

4   Complaint (ECF No. 28);

5   WHEREAS, on October 15, 2021, the Court scheduled a case management conference for

6   February 8, 2022 (ECF Nos. 27, 32);

7   WHEREAS, on December 16, 2021, this Court held a hearing on Defendant's motion to

8   dismiss and took the motion under submission (ECF No. 51);

9   WHEREAS, on January 25, 2022, the Court approved the parties' stipulation to continue the

10   case management conference to April 12, 2022 (ECF No. 56);

11   WHEREAS, Plaintiffs and Defendant have met and conferred regarding the upcoming case

12   management conference, currently scheduled for April 12, 2022, and believe it would save judicial

13   and party resources to continue the case management conference until after the Court's ruling on the

14   pending motion to dismiss;

15   NOW, THEREFORE, the parties hereby request that the Court continue the case management

16   conference to May 24, 2022, or to such later date as will afford the Court sufficient time to issue a

17   ruling on the motion to dismiss.  Dates and deadlines tied to the case management conference shall

18   also be extended accordingly.

19

20

21

22   Dated: March 18, 2022

23   DAVID CHIU
     City Attorney
24   WAYNE K. SNODGRASS
     JEREMY M. GOLDMAN
     Deputy City Attorneys
25

26   By: /s/*Jeremy M. Goldman*

27   Jeremy M. Goldman
     Attorneys for Defendant
28   CITY AND COUNTY OF SAN FRANCISCO

Gibson, Dunn &
Crutcher LLP

2

1 | Dated: March 18, 2022

2 | GIBSON, DUNN & CRUTCHER LLP

3 | By: /s/ *Joshua S. Lipshutz*

4 | Joshua S. Lipshutz
    Michael Holecek
5 | Attorneys for Plaintiffs
    DOORDASH, INC. and GRUBHUB INC.
6 |

7 |

8 | **ATTESTATION CLAUSE**

9 | Pursuant to Civil Local Rule 5-1(h)(3), I hereby certify that I obtained in the filing of this
10 | document the concurrence from all parties whose electronic signatures appear above.

11 | Dated: March 18, 2022

12 |

13 | /s/ *Joshua S. Lipshutz*

Gibson, Dunn &
Crutcher LLP

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn & Crutcher LLP

~~Proposed~~ **Order**

**PURSUANT TO THE PARTIES' STIPULATION**:

    The Rule 26(f) Initial Case Management Conference pursuant to L.R. 16.2(a) is continued to 5/24/2022 at 1:30 PM and the related dates and deadlines shall also be extended accordingly.

**IT IS SO ORDERED**.

DATED:  March  22 , 2022

_____
Judge Edward M. Chen
United States District Judge

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NO. 3:21-CV-05502-EMC