# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DoorDash Inc. and Grubhub Inc.<br><br>                              Plaintiff(s)<br>v.<br><br>City and County of San Francisco<br>                              Defendant(s) | CASE No C 3:21-CV-05502<br><br>ADR CERTIFICATION BY<br>PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 05/03/2022        /s/ Kate Ides
                                            Party

Date: 05/03/2022        /s/ Joshua S. Lipshutz
                                          Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☐ intend to stipulate to an ADR process

☒ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 05/03/2022        /s/ Joshua S. Lipshutz
                                          Attorney

*Important!* *E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."*

*Form ADR-Cert rev. 1-15-2019*

## ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(h)

I, Joshua S. Lipshutz, hereby attest that concurrences in the filing of this document have been obtained from each of the signatories.

By: ___/s/ *Joshua S. Lipshutz*___

Attorney for Plaintiff
DOORDASH, INC.