OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Northern District of California

CIVIL MINUTES

**Date:** May 24, 2022     **Time:** 3:31 – 3:35 = 4 minutes     **Judge:** EDWARD M. CHEN

**Case No.:** 21-cv-05502-EMC     **Case Name:** Doordash, Inc. v. City and County of San Francisco

**Attorney for Plaintiff:** Joshua Lipshutz, Michael Holecek
**Attorney for Defendant:** Jeremy Goldman

**Deputy Clerk:** Bhavna Sharma     **Court Reporter:** Lynne Krenz

**PROCEEDINGS**

Initial Case Management Conference - held via Zoom.

**SUMMARY**

Parties stated appearances.

Both parties proposed a November 6, 2023, trial date. Court confirmed a two-week trial starting on November 6, 2023.

Court also mentioned that it intends to adopt the rest of their proposed schedule. Court will issue a scheduling order.

CASE CONTINUED TO: **November 15, 2022, at 2:30 p.m., for Status Conference (via Zoom).** Parties shall file a joint status report statement at least seven days prior to the next hearing.