| | |
|---|---|
| DAVID CHIU, State Bar #189542<br>City Attorney<br>WAYNE K. SNODGRASS, State Bar #148137<br>JEREMY M. GOLDMAN, State Bar #218888<br>Deputy City Attorneys<br>City Hall, Room 234<br>1 Dr. Carlton B. Goodlett Place<br>San Francisco, California 94102-4682<br>Telephone:     (415) 554-6762<br>Facsimile:     (415) 554-4699<br>E-Mail:         jeremy.goldman@sfcityatty.org<br><br>Attorneys for Defendant<br>CITY AND COUNTY OF SAN FRANCISCO | GIBSON, DUNN & CRUTCHER LLP<br>JOSHUA S. LIPSHUTZ, SBN 242557<br>jlipshutz@gibsondunn.com<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: 415.393.8200<br>Facsimile: 415.393.8306<br><br>MICHAEL HOLECEK, SBN 281034<br>mholecek@gibsondunn.com<br>333 South Grand Avenue<br>Los Angeles, CA 90071-3197<br>Telephone: 213.229.7000<br>Facsimile: 213.229.7520<br><br>Attorneys for Plaintiffs<br>DOORDASH, INC. and GRUBHUB INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO,<br><br>    Defendant. | Case No. 3:21-cv-05502 EMC<br><br>**STIPULATION AND [PROPOSED] ORDER STAYING CASE, VACATING CASE MANAGEMENT DATES, AND PROVIDING FOR EVENTUAL DISMISSAL** |

STIPULATION AND [PROPOSED] ORDER
CASE NO. 3:21-cv-05502 EMC

1   Pursuant to Civil Local Rules 6-2 and 7-12, Plaintiffs DoorDash, Inc. and Grubhub Inc., and Defendant City and County of San Francisco (collectively, "the Parties"), hereby stipulate as follows:

WHEREAS, on June 28, 2022, San Francisco Supervisor Aaron Peskin introduced the Ordinance attached hereto as Exhibit A ("the Ordinance"), which would amend certain provisions of Article 53 of the San Francisco Police Code at issue in this action;

WHEREAS, Plaintiffs have decided that they are willing to dismiss the above-captioned action if the Ordinance is enacted; and

WHEREAS, the Parties anticipate that enactment of the Ordinance may take several months in the ordinary legislative process;

NOW, THEREFORE, in the interest of judicial economy and good cause showing, the undersigned parties, by and through their counsel of record, hereby agree and stipulate, and the Court hereby orders, as follows:

1. This action is hereby stayed;

2. All existing case management dates are vacated;

3. If the Ordinance is enacted, Plaintiffs shall dismiss this action, without prejudice to their right to reinstate the above-captioned action (including, without limitation, the claims alleged and remedies sought therein), as a result of any amendment to the Ordinance or future legislation, within seven days of its effective date, each party to bear its own fees and costs;

4. If the Ordinance is not enacted, the Parties may stipulate to, or any party may file an administrative motion requesting, a lifting of the stay and the establishment of new case management dates.

The Parties respectfully request that the Court enter an Order approving this Stipulation.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER          1
CASE NO. 3:21-cv-05502 EMC

Dated:  July 1, 2022

DAVID CHIU
City Attorney
WAYNE SNODGRASS
JEREMY M. GOLDMAN
Deputy City Attorneys

By: *Jeremy M. Goldman*
JEREMY M. GOLDMAN

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated:  July 1, 2022

GIBSON, DUNN & CRUTCHER LLP

By: *Joshua S. Lipshutz*
Joshua S. Lipshutz
Michael Holecek

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

## ATTESTATION CLAUSE

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated:  July 1, 2022

/s/ *Jeremy M. Goldman*
JEREMY M. GOLDMAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  July 1, 2022

Hon. Edward M. Chen
United States District Judge