DAVID CHIU, SBN 189542
City Attorney
WAYNE K. SNODGRASS, SBN 148137
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6762
Facsimile:     (415) 554-4699
E-Mail:         jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:21-cv-05502 EMC <br><br> **STIPULATION OF DISMISSAL** |

Pursuant to Civil Local Rule 7-12, Plaintiffs DoorDash, Inc. and Grubhub Inc., and Defendant City and County of San Francisco (collectively, "the Parties"), hereby stipulate as follows:

WHEREAS, on June 28, 2022, San Francisco Supervisor Aaron Peskin introduced an Ordinance, which would amend certain provisions of Article 53 of the San Francisco Police Code at issue in this action;

WHEREAS, on July 1, 2022, this Court issued an order staying the case and providing for dismissal following the enactment of that Ordinance, (Dkt. 70);

WHEREAS, on July 28, 2022, San Francisco Mayor London Breed signed the Ordinance attached hereto as Exhibit A ("the Ordinance");

WHEREAS, Plaintiffs agreed to dismiss the above-captioned action without prejudice within seven days of the Ordinance's effective date, each party to bear its own costs, as set forth in the parties' Stipulation and [Proposed] Order Staying Case, Vacating Case Management Dates, and Providing for Eventual Dismissal (Dkt. 69); and

WHEREAS, the Ordinance became effective on August 27, 2022;

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby agree and stipulate as follows:

1.      Pursuant to the Parties' stipulation, the above-captioned action shall be and hereby is dismissed without prejudice, as set forth in Dkt. 69, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

2.      Each side shall bear its own attorneys' fees and costs.

IT IS SO STIPULATED.

Dated: September 6, 2022                    DAVID CHIU
                                           City Attorney
                                           WAYNE SNODGRASS
                                           Deputy City Attorney

                                   By: _/s/ Wayne Snodgrass_____
                                        Wayne Snodgrass

                                        Attorneys for Defendant
                                        CITY AND COUNTY OF SAN FRANCISCO

1    Dated:  September 2, 2022              GIBSON, DUNN & CRUTCHER LLP

2                                          By:  _/s/ Joshua S. Lipshutz_____

3                                             Joshua S. Lipshutz
                                             Michael Holecek
4                                             Attorneys for Plaintiffs
                                             DOORDASH, INC. and GRUBHUB INC.
5

6

7                          **ATTESTATION CLAUSE**

8            Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this

9    document the concurrence from all parties whose electronic signatures appear above.

10   Dated:  September 6, 2022

11                                          _/s/ Joshua S. Lipshutz_____
                                            JOSHUA S. LIPSHUTZ
12

13

14

15   **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17   DATED:_____        _____

18                                       Hon. Edward M. Chen
                                         United States District Judge
19

20

21

22

23

24

25

26

27

28

Exhibit A

SUBSTITUTED

FILE NO. 211131                    06/28/2022                    ORDINANCE NO.  **164-22**

1    [Police Code - Third-Party Food Delivery Services]

2

3    **Ordinance amending the Police Code to define core delivery service to mean a service**

4    **that both lists a covered establishment on all of a third-party food delivery service's**

5    **platforms, including websites and mobile applications, and facilitates and/or performs**

6    **delivery of food and/or beverages from the establishment; to exempt from the 15% cap**

7    **on per-order fees, starting January 31, 2023, third-party food delivery services that**

8    **offer restaurants the option to obtain only core delivery service at a cost of no more**

9    **than 15% of the purchase price of an online order without requiring the purchase of**

10   **additional services, and that notify all covered establishments with which the third-**

11   **party food delivery services have an existing contract of this option no later than**

12   **December 1, 2022; and to require that contracts between a third-party food delivery**

13   **service and a covered establishment clearly define the fees, commissions, or charges**

14   **associated with contracted services.**

15   NOTE:     **Unchanged Code text and uncodified text** are in plain Arial font.
             **Additions to Codes** are in _single-underline italics Times New Roman font_.
16           **Deletions to Codes** are in ~~_strikethrough italics Times New Roman font_~~.
             **Board amendment additions** are in <u>double-underlined Arial font</u>.
17           **Board amendment deletions** are in ~~double-underlined Arial font~~.
             **Asterisks (*   *   *)** indicate the omission of unchanged Code
18           subsections or parts of tables.

19

20   Be it ordained by the People of the City and County of San Francisco:

21

22   Section 1.  The Police Code is hereby amended by revising Sections 5301 (adding a

23   defined term to be placed in alphabetical sequence with other defined terms) and 5302, to

24   read as follows:

25

1    **SEC. 5301. DEFINITIONS.**

2    \*   \*   \*   \*

3    *"Core delivery service" means a service that (1) lists a covered establishment, and makes the*

4    *covered establishment discoverable, on all modalities or platforms offered by a third-party food*

5    *delivery service, including but not limited to any website, mobile application, or other internet service*

6    *where a third-party food delivery service lists covered establishments, and (2) facilitates and/or*

7    *performs the delivery (through employees or independent contractors of the third-party food delivery*

8    *service and/or such establishments) of food and/or beverages from covered establishments to*

9    *customers. Core delivery service does not include any other service that may be provided by a third-*

10    *party food delivery service to a covered establishment, including but not limited to advertising services,*

11    *search engine optimization, business consulting, or credit card processing.*

12    \*   \*   \*   \*

13

14    **SEC. 5302. CAP ON PER-ORDER FEES*; CLEAR DEFINITION OF FEES***

15    ***REQUIRED*.**

16    (a)  No third-party food delivery service may charge a covered establishment a fee,

17    commission, or charge per online order that totals more than 15% of the purchase price of the

18    online order.

19    (b)  No third-party food delivery service may charge a covered establishment a fee,

20    commission, or charge that exceeds 15% of the purchase price of online orders to that

21    covered establishment processed through the third-party food delivery service during the time

22    period covered by the fee, commission, or charge.

23    *(c)  Beginning on January 31, 2023, the fee limits in subsections (a) and (b) of this Section*

24    *5302 shall not apply to a third-party food delivery service that does both of the following:*

25

*(1) offers all covered establishments the option to obtain core delivery service for a total fee, commission, or charge not to exceed 15% of the purchase price of the online order, without requiring the purchase of additional services; and*

*(2) no later than December 1, 2022, notifies all covered establishments that have an existing contract with the third-party delivery service of the option described in subsection (c)(1).*

*(d)   Contracts between a third-party food delivery service and a covered establishment shall clearly define the fees, commissions, or charges associated with contracted services. For example, if a covered establishment enters into a contract with a third-party food delivery service for core delivery service only, that contract shall clearly state a fee, commission, or charge of 15% of the purchase price for core delivery service.*

Section 2.  Effective Date.  This ordinance shall become effective 30 days after enactment.  Enactment occurs when the Mayor signs the ordinance, the Mayor returns the ordinance unsigned or does not sign the ordinance within ten days of receiving it, or the Board of Supervisors overrides the Mayor's veto of the ordinance.

//
//
//
//
//
//
//
//

Supervisors Peskin; Chan, Mandelman, Safai, Preston, Mar, Walton
**BOARD OF SUPERVISORS**

Section 3.  Scope of Ordinance.  In enacting this ordinance, the Board of Supervisors intends to amend only those words, phrases, paragraphs, subsections, sections, articles, numbers, punctuation marks, charts, diagrams, or any other constituent parts of the Municipal Code that are explicitly shown in this ordinance as additions, deletions, Board amendment additions, and Board amendment deletions in accordance with the "Note" that appears under the official title of the ordinance.

APPROVED AS TO FORM:
DAVID CHIU, City Attorney

By:     */S/ Sarah Crowley*
        SARAH CROWLEY
        Deputy City Attorney

n:\legana\as2022\2000108\01610103.docx



## City and County of San Francisco
## Tails
## Ordinance

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA  94102-4689

**File Number:**   211131                          **Date Passed:**   July 26, 2022

Ordinance amending the Police Code to define core delivery service to mean a service that both lists a covered establishment on all of a third-party food delivery service's platforms, including websites and mobile applications, and facilitates and/or performs delivery of food and/or beverages from the establishment; to exempt from the 15% cap on per-order fees, starting January 31, 2023, third-party food delivery services that offer restaurants the option to obtain only core delivery service at a cost of no more than 15% of the purchase price of an online order without requiring the purchase of additional services, and that notify all covered establishments with which the third-party food delivery services have an existing contract of this option no later than December 1, 2022; and to require that contracts between a third-party food delivery service and a covered establishment clearly define the fees, commissions, or charges associated with contracted services.

July 11, 2022 Rules Committee - RECOMMENDED

July 19, 2022 Board of Supervisors - PASSED ON FIRST READING

Ayes: 11 - Chan, Dorsey, Mandelman, Mar, Melgar, Peskin, Preston, Ronen, Safai, Stefani and Walton

July 26, 2022 Board of Supervisors - FINALLY PASSED

Ayes: 11 - Chan, Dorsey, Mandelman, Mar, Melgar, Peskin, Preston, Ronen, Safai, Stefani and Walton

File No. 211131

**I hereby certify that the foregoing Ordinance was FINALLY PASSED on 7/26/2022 by the Board of Supervisors of the City and County of San Francisco.**

**Angela Calvillo**
**Clerk of the Board**

**London N. Breed**
**Mayor**

7/28/22

Date Approved