DAVID CHIU, SBN 189542
City Attorney
WAYNE K. SNODGRASS, SBN 148137
Deputy City Attorney
City Hall, Room 234
1 Dr. Carlton B. Goodlett Place
San Francisco, California 94102-4682
Telephone:     (415) 554-6762
Facsimile:     (415) 554-4699
E-Mail:        jeremy.goldman@sfcityatty.org

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

GIBSON, DUNN & CRUTCHER LLP
JOSHUA S. LIPSHUTZ, SBN 242557
jlipshutz@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

MICHAEL HOLECEK, SBN 281034
mholecek@gibsondunn.com
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: 213.229.7000
Facsimile: 213.229.7520

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOORDASH, INC. and GRUBHUB INC., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY AND COUNTY OF SAN FRANCISCO, <br><br> Defendant. | Case No. 3:21-cv-05502 EMC <br><br> **STIPULATION OF DISMISSAL** |

1    Pursuant to Civil Local Rule 7-12, Plaintiffs DoorDash, Inc. and Grubhub Inc., and Defendant
2    City and County of San Francisco (collectively, "the Parties"), hereby stipulate as follows:
3    WHEREAS, on June 28, 2022, San Francisco Supervisor Aaron Peskin introduced an
4    Ordinance, which would amend certain provisions of Article 53 of the San Francisco Police Code at
5    issue in this action;
6    WHEREAS, on July 1, 2022, this Court issued an order staying the case and providing for
7    dismissal following the enactment of that Ordinance, (Dkt. 70);
8    WHEREAS, on July 28, 2022, San Francisco Mayor London Breed signed the Ordinance
9    attached hereto as Exhibit A ("the Ordinance");
10   WHEREAS, Plaintiffs agreed to dismiss the above-captioned action without prejudice within
11   seven days of the Ordinance's effective date, each party to bear its own costs, as set forth in the
12   parties' Stipulation and [Proposed] Order Staying Case, Vacating Case Management Dates, and
13   Providing for Eventual Dismissal (Dkt. 69); and
14   WHEREAS, the Ordinance became effective on August 27, 2022;
15   NOW, THEREFORE, the undersigned parties, by and through their counsel of record, hereby
16   agree and stipulate as follows:
17   1.    Pursuant to the Parties' stipulation, the above-captioned action shall be and hereby is
18   dismissed without prejudice, as set forth in Dkt. 69, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules
19   of Civil Procedure.
20   2.    Each side shall bear its own attorneys' fees and costs.
21
22   IT IS SO STIPULATED.
23   Dated:  September 6, 2022                    DAVID CHIU
24                                               City Attorney
                                                 WAYNE SNODGRASS
25                                               Deputy City Attorney
26                                        By: _/s/ Wayne Snodgrass_____
                                                 Wayne Snodgrass
27                                               Attorneys for Defendant
                                                 CITY AND COUNTY OF SAN FRANCISCO
28

Dated:  September 2, 2022

GIBSON, DUNN & CRUTCHER LLP

By:  _/s/ Joshua S. Lipshutz_
Joshua S. Lipshutz
Michael Holecek

Attorneys for Plaintiffs
DOORDASH, INC. and GRUBHUB INC.

## ATTESTATION CLAUSE

Pursuant to Civil Local Rule 5-1(i)(3), I hereby certify that I obtained in the filing of this document the concurrence from all parties whose electronic signatures appear above.

Dated:  September 6, 2022

_/s/ Joshua S. Lipshutz_
JOSHUA S. LIPSHUTZ

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED:  September 7, 2022

Hon. Edward M. Chen
United States District Judge

Exhibit A

SUBSTITUTED

FILE NO. 211131          06/28/2022          ORDINANCE NO.   **164-22**

1    [Police Code - Third-Party Food Delivery Services]

2

3    **Ordinance amending the Police Code to define core delivery service to mean a service**

4    **that both lists a covered establishment on all of a third-party food delivery service's**

5    **platforms, including websites and mobile applications, and facilitates and/or performs**

6    **delivery of food and/or beverages from the establishment; to exempt from the 15% cap**

7    **on per-order fees, starting January 31, 2023, third-party food delivery services that**

8    **offer restaurants the option to obtain only core delivery service at a cost of no more**

9    **than 15% of the purchase price of an online order without requiring the purchase of**

10   **additional services, and that notify all covered establishments with which the third-**

11   **party food delivery services have an existing contract of this option no later than**

12   **December 1, 2022; and to require that contracts between a third-party food delivery**

13   **service and a covered establishment clearly define the fees, commissions, or charges**

14   **associated with contracted services.**

15        NOTE:     **Unchanged Code text and uncodified text** are in plain Arial font.
                       **Additions to Codes** are in *single-underline italics Times New Roman font*.

16                          **Deletions to Codes** are in ~~*strikethrough italics Times New Roman font*~~.
                         **Board amendment additions** are in <u>double-underlined Arial font</u>.

17                          **Board amendment deletions** are in ~~strikethrough Arial font~~.
                         **Asterisks (\*   \*   \*   \*)** indicate the omission of unchanged Code

18                          subsections or parts of tables.

19

20      Be it ordained by the People of the City and County of San Francisco:

21

22      Section 1.  The Police Code is hereby amended by revising Sections 5301 (adding a

23   defined term to be placed in alphabetical sequence with other defined terms) and 5302, to

24   read as follows:

25

Supervisors Peskin; Chan, Mandelman, Safai, Preston, Mar, Walton
**BOARD OF SUPERVISORS**

1   **SEC. 5301. DEFINITIONS.**

2       *   *   *   *

3       *"Core delivery service" means a service that (1) lists a covered establishment, and makes the*

4   *covered establishment discoverable, on all modalities or platforms offered by a third-party food*

5   *delivery service, including but not limited to any website, mobile application, or other internet service*

6   *where a third-party food delivery service lists covered establishments, and (2) facilitates and/or*

7   *performs the delivery (through employees or independent contractors of the third-party food delivery*

8   *service and/or such establishments) of food and/or beverages from covered establishments to*

9   *customers. Core delivery service does not include any other service that may be provided by a third-*

10  *party food delivery service to a covered establishment, including but not limited to advertising services,*

11  *search engine optimization, business consulting, or credit card processing.*

12      *   *   *   *

13

14  **SEC. 5302. CAP ON PER-ORDER FEES; _CLEAR DEFINITION OF FEES_**

15  **_REQUIRED_.**

16      (a)   No third-party food delivery service may charge a covered establishment a fee,

17  commission, or charge per online order that totals more than 15% of the purchase price of the

18  online order.

19      (b)   No third-party food delivery service may charge a covered establishment a fee,

20  commission, or charge that exceeds 15% of the purchase price of online orders to that

21  covered establishment processed through the third-party food delivery service during the time

22  period covered by the fee, commission, or charge.

23      *(c)   Beginning on January 31, 2023, the fee limits in subsections (a) and (b) of this Section*

24  *5302 shall not apply to a third-party food delivery service that does both of the following:*

25

Supervisors Peskin; Chan, Mandelman, Safai, Preston, Mar, Walton
**BOARD OF SUPERVISORS**                                                                    Page 2

1    *(1) offers all covered establishments the option to obtain core delivery service for a total*

2    *fee, commission, or charge not to exceed 15% of the purchase price of the online order, without*

3    *requiring the purchase of additional services; and*

4    *(2) no later than December 1, 2022, notifies all covered establishments that have an*

5    *existing contract with the third-party delivery service of the option described in subsection (c)(1).*

6    *(d)   Contracts between a third-party food delivery service and a covered establishment shall*

7    *clearly define the fees, commissions, or charges associated with contracted services. For example, if a*

8    *covered establishment enters into a contract with a third-party food delivery service for core delivery*

9    *service only, that contract shall clearly state a fee, commission, or charge of 15% of the purchase price*

10   *for core delivery service.*

11

12   Section 2.  Effective Date.  This ordinance shall become effective 30 days after

13   enactment.  Enactment occurs when the Mayor signs the ordinance, the Mayor returns the

14   ordinance unsigned or does not sign the ordinance within ten days of receiving it, or the Board

15   of Supervisors overrides the Mayor's veto of the ordinance.

16

17   //

18   //

19   //

20   //

21   //

22   //

23   //

24   //

25

1    Section 3.  Scope of Ordinance.  In enacting this ordinance, the Board of Supervisors

2    intends to amend only those words, phrases, paragraphs, subsections, sections, articles,

3    numbers, punctuation marks, charts, diagrams, or any other constituent parts of the Municipal

4    Code that are explicitly shown in this ordinance as additions, deletions, Board amendment

5    additions, and Board amendment deletions in accordance with the "Note" that appears under

6    the official title of the ordinance.

7

8    APPROVED AS TO FORM:
     DAVID CHIU, City Attorney
9

10   By:    */S/ Sarah Crowley*
            SARAH CROWLEY
11          Deputy City Attorney

12   n:\legana\as2022\2000108\01610103.docx

13

14

15

16

17

18

19

20

21

22

23

24

25

Supervisors Peskin; Chan, Mandelman, Safai, Preston, Mar, Walton
**BOARD OF SUPERVISORS**                                                      Page 4



# City and County of San Francisco

## Tails

## Ordinance

City Hall
1 Dr. Carlton B. Goodlett Place
San Francisco, CA 94102-4689

**File Number:** 211131

**Date Passed:** July 26, 2022

Ordinance amending the Police Code to define core delivery service to mean a service that both lists a covered establishment on all of a third-party food delivery service's platforms, including websites and mobile applications, and facilitates and/or performs delivery of food and/or beverages from the establishment; to exempt from the 15% cap on per-order fees, starting January 31, 2023, third-party food delivery services that offer restaurants the option to obtain only core delivery service at a cost of no more than 15% of the purchase price of an online order without requiring the purchase of additional services, and that notify all covered establishments with which the third-party food delivery services have an existing contract of this option no later than December 1, 2022; and to require that contracts between a third-party food delivery service and a covered establishment clearly define the fees, commissions, or charges associated with contracted services.

July 11, 2022 Rules Committee - RECOMMENDED

July 19, 2022 Board of Supervisors - PASSED ON FIRST READING

> Ayes: 11 - Chan, Dorsey, Mandelman, Mar, Melgar, Peskin, Preston, Ronen, Safai, Stefani and Walton

July 26, 2022 Board of Supervisors - FINALLY PASSED

> Ayes: 11 - Chan, Dorsey, Mandelman, Mar, Melgar, Peskin, Preston, Ronen, Safai, Stefani and Walton

File No. 211131

**I hereby certify that the foregoing Ordinance was FINALLY PASSED on 7/26/2022 by the Board of Supervisors of the City and County of San Francisco.**

_____
**Angela Calvillo**
**Clerk of the Board**

_____
**London N. Breed**
**Mayor**

7/28/22
_____
**Date Approved**